UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FERNANDO FONTANEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 6575 |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | Judge Darrah |
| FBI Agent JAMES CHATTO and Legal ) | |
| Counsel Michael Pavia, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT FBI'S[1] MOTION TO REASSIGN
### CASE AS A RE-FILING OF A PREVIOUSLY DISMISSED CASE

Defendant Federal Bureau of Investigation, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby requests that the above-captioned case be reassigned to the docket of Judge Kocoras pursuant to Local Rule 40.3(b)(2) as a re-filing of a previously dismissed case, *Fernando Fontazez v. Federal Bureau of Investigation, et al.*, No. 07 C 2376, which was dismissed by Judge Kocoras on May 2, 2007. In support of this motion, defendant FBI submits the following:

1.     Local Rule 40.3(b)(2) provides that "[w]hen a case is dismissed with prejudice or without, and a second case is filed *involving the same parties and relating to the same subject*

---

[1] The motion is filed only by the FBI and not on behalf of James Chatto in his individual capacity. He has made no request for individual representation by the United States Attorney, nor has such representation been authorized by the Department of Justice as required by 28 C.F.R. § 50.15. It appears from the docket that Chatto has not been served with process. Even though Legal Counsel Michael Pavia appears in the caption, we believe that was done for notice or service purposes and not to name him as a defendant.

*matter*, the second case shall be assigned to the judge to whom the first case was assigned." (Emphasis added.) This current case involves the same parties and relates to the same subject matter as the case previously dismissed by Judge Kocoras, *Fernando Fontazez v. Federal Bureau of Investigation, et al.*, No. 07 C 2376. *See* Exs. 1-2, complaints, attached.

2.　　Both cases "involve the same parties" because Fontanez is the plaintiff in each case and the FBI is a named defendant in each case.

3.　　Each of the complaints also "relate to the same subject matter"; they grow out of Fontanez's allegation that in July 2005, the FBI and FBI agents falsely arrested him for phoning a bomb threat into the Sears Tower in Chicago. *Id.* Based on these allegations, Fontanez's complaint in the earlier, previously dismissed case, alleged civil rights violations, as well state law libel and other tort claims. Ex. 1. The current complaint is based on the same allegations and once again alleges various civil rights violations. Ex. 2

4.　　The granting of this motion will serve the interests of judicial economy (and prevent forum shopping).[2]

---

[2] A courtesy copy of this motion has been provided to Judges Kocoras.

WHEREFORE, defendant Federal Bureau of Investigation requests that this case be reassigned to the docket of Judge Kocoras pursuant to Local Rule 40.3(b)(2) as a re-filing of *Fernando Fontazez v. Federal Bureau of Investigation, et al.*, No. 07 C 2376, which was previously dismissed on May 2, 2007.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

          By: s/ Ernest Y. Ling
              ERNEST Y. LING
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois 60604
              (312) 353-5870
              ernest.ling@usdoj.gov