Exhibit 1

FILED
APR 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FERNANDO FONTANEZ, | ) | **07CV2376** |
| Plaintiff, | ) | **JUDGE KOCORAS** |
| | ) | **MAG. JUDGE NOLAN** |
| v. | ) | |
| | ) | (formerly No. 07-011847 in the Circuit |
| SPECIAL AGENT JAMES CHATTO and | ) | Court of Cook County, Illinois) |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

To:  Clerk of the Circuit Court
     of Cook County
     Municipal Division
     Room 602
     Richard J. Daley Center
     50 West Washington Street
     Chicago, Illinois 60602

Fernando Fontanez
P.O. Box 578941
Chicago, Illinois 60657

The UNITED STATES, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned proceeding from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. §§ 1442(a)(1), 2679, and in support states the following:

1. On April 5, 2007, plaintiff commenced the above civil action in the Circuit Court of Cook County, Illinois, against FBI Special Agent James Chatto and the FBI for allegedly arresting plaintiff falsely for phoning a bomb threat to the Sears Tower in Chicago and allegedly making slanderous and false statements about the plaintiff. Special Agent Chatto has not been served with

a copy of the summons and complaint. A copy of the state court complaint is attached as Exhibit A.

2. The matter is an action against an employee or agency of the United States and thus is subject to removal to this Court pursuant to 28 U.S.C. § 1442(a)(1).

3. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) upon certification by the designee of the Attorney General of the United States that defendant James Chatto was acting within the scope of his employment as a federal government employee at the time of the incidents out of which the claim arose. Exhibit B.

4. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

5. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, to the extent permitted by 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the federal party defendant in place of defendant James Chatto for any non-constitutional claims.

6. This removal notice does not waive any defenses the United States may have to the underlying cause of action.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: 
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870

2

Exhibit A

Complaint-Verified (This form replaces CCMD-8A)  CCM N008-150M-1/21/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Plaintiff(s): FERNANDO FONTANEZ

Defendant(s): SPECIAL AGENT v. JAMES CUATO, MICHAEL PAULA LEGAL COUNSEL, AND FEDERAL BUREAU OF INVESTIGATION

No. 07-011847
Contract _____
Amount Claimed $ 30,000.00
Return Date 5-3-7

## COMPLAINT

The Plaintiff(s) claim(s) as follows: THIS AGENT MALICIOUSLY AND NEGLIGENTLY WITH WANTON DISREGARD FOR MY CONSTITUTIONAL AND CIVIL RIGHTS PROCEEDED TO ARREST ME FALSELY KNOWING THAT I DID NOT PHONE A BOMB THREAT TO THE SEARS TOWER AND FOLLOWING PROTOCOLS HE WOULD'VE FOUND NO RECORDING OF SUCH CALL AND WOULD'VE CEASED TO VIOLATE AND FABRICATE./ ARRESTED FALSELY ON JULY 5th 2005 AND CASE DISMISSED; THIS PLAINTIFF CITES CAUSE OF ACTION AS FALSE INCARCERATION, VIOLATION OF MY CONSTITUTIONAL RIGHT SPECIFICALLY — 9TH AMENDMENT AND 14TH AMENDMENT DEPRIVING ME OF LIBERTY; DEFAMATION OF CHARACTER AND LIBEL IN WRITING FALSE STATEMENT IT HAS BEEN LEARNED THAT THIS DEFENDANT "CUATO" WAS HIRED A LAWYER THEREFORE; VIA LEGAL COUNSEL MICHAEL PAULA THIS COMPLAINT IS SERVED TO REQUIRE DISCLOSURE OF PERTINENT FACTS CONCERNING THIS AGENT "JAMES CUATO"

I, FERNANDO FONTANEZ, certify that I am the Pro Se (Name of Attorney if applicable) plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: Pro Se    Pro Se 99500
Atty. (or Pro Se Plaintiff)
Name: FERNANDO FONTANEZ
Address: PO BOX 577911
City/State/Zip: _____
Telephone: N/A

Dated: 4-5-07
Signature: _____

☑ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Exhibit B

## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Fernando Fontanez v. Special Agent James Chatto and Federal Bureau of Investigation*, No. 07-11847 (Circuit Court of Cook County, Illinois) and that on the basis of the information now available with respect to the incidents referred to therein, I certify that defendant James Chatto was acting within the scope of his employment as an employee of the United States at the time of the incidents out of which the claims arose.

Dated: April 30, 2007

*Thomas Walsh*
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
   for the Northern District of Illinois

**FILED**

**APR 3 0 2007**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FERNANDO FONTANEZ,

    Plaintiff,

v.

SPECIAL AGENT JAMES CHATTO and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

**07CV2376**
**JUDGE KOCORAS**
**MAG. JUDGE NOLAN**

(formerly No. 07-011847 in the Circuit Court of Cook County, Illinois)

## NOTICE OF FILING NOTICE OF REMOVAL

To:  Clerk of the Circuit Court
of Cook County
Municipal Division
Room 602
Richard J. Daley Center
50 West Washington Street
Chicago, Illinois 60602

Fernando Fontanez
P.O. Box 578941
Chicago, Illinois 60657

YOU ARE HEREBY NOTIFIED that on April 30, 2007, the United States Department of Justice filed in the office of the Clerk of the United States District Court for the Northern District of Illinois, its Notice of Removal in the above-entitled cause of action to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing NOTICE OF REMOVAL and NOTICE OF FILING NOTICE OF REMOVAL has this 30th day of April 2007 been made upon the following by hand delivering copies of the same, at or about the hour of 3:00 p.m., addressed to:

Clerk of the Circuit Court
of Cook County
Municipal Division
Room 602
Richard J. Daley Center
50 West Washington Street
Chicago, Illinois  60602

Fernando Fontanez
P.O. Box 578941
Chicago, Illinois 60657  (by first-class mail, postage paid)

_____
ERNEST Y. LING
Assistant United States Attorney

Exhibit 2

United States District Court For The Northern District of Illinois

Fernando Fontanez
Plaintiff



Federal Bureau of Investigation
FBI Agent James Cuatto
Legal Counsel Michael Pavia

RECEIVED
NOV 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
NOVEMBER 27, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6575
JUDGE DARRAH
MAGISTRATE JUDGE COX

## Complaint

### Jurisdiction and Venue

1. The jurisdiction of the Court over Counts One and Two is invoked pursuant to 28 USC 1331 and 1343(a)(3) and (4), as they arise under the Fourth and Fourteenth Amendments to the Constitution of the United States and 42 USC 1983.

2. Venue is appropriate in the Northern District of Illinois pursuant to 28 USC 1391(B), as all of the events complained about occurred in Cook County, located in this district.

### The Parties

3. Plaintiff Fernando Fontanez is a Citizen of the United States living in Chicago, Illinois at the times relevant to this complaint.

4. Defendant James Cuatto is an FBI Agent who was, at all times relevant to this complaint, employed by the Federal Bureau of Investigation at Chicago, Illinois.

### Count 1

5. On July 5th 2005, Plaintiff was arrested by FBI Agent James Cuatto for allegedly calling a bomb threat to the Sears Tower and charged with disorderly conduct.

# United States District Court
## Northern District of Illinois

6. At the time of arrest, FBI Agent James Ciatto, told Plaintiff that he heard a recording of such call to the Sears Tower.

7. Plaintiff never called in a bomb threat to the Sears Tower on July 1, 2005 or at any other time.

8. There is no tape of Plaintiff threatening to blow up the Sears Tower.

9. Defendant knew there was no recording of Plaintiff calling in a threat to the Sears Tower and further knew that Plaintiff had not called a bomb threat to the Sears Tower on July 1, 2005.

10. Despite this knowledge and without probable cause, Defendant arrested Plaintiff.

11. Defendant knew that "The Sears Tower" records all incoming and outgoing calls and that Plaintiff never phoned a bomb threat.

12. Plaintiffs case was heard in the Circuit Court of Cook County and the charges against him were dismissed.

13. Under advisement of legal counsel Michael Pavia a claim was filed using U.S. Form 95 citing Title 28 USC Section 2671-2680 Federal Tort Claims Act and unjustifiably after six months denied.

14. Denial letter enclosed citing Civil Litigation Unit information citing legal remedies available to Plaintiff if dissatisfied with decision including civil action in United States District Court.

Wherefore, Plaintiff requests that the Court enter Judgement in favor of Plaintiff and against Defendant for compensatory and punitive damages, in an amount to be determined by a jury upon trial of this case. And award

United States District Court
Northern District of Illinois

Plaintiffs Attorney's Fees and Costs Because of Defendants Actions Causing Plaintiff to Suffer the Humiliation of Being Arrested and Charged with a Crime He Did Not Commit.



Fernando Fontanez P.O. Box 57894 Chicago, Illinois 60657



U.S. Department of Justice

Federal Bureau of Investigation

Office of the General Counsel

Washington, D.C. 20535

November 14, 2007

<u>REGISTERED MAIL - RETURN
RECEIPT REQUESTED</u>

Fernando Fontanez
P.O. Box 578941
Chicago, Illinois 60657

      RE: ADMINISTRATIVE CLAIM OF FERNANDO FONTANEZ

Dear Mr. Fontanez:

      This office received your administrative claim, dated May 15, 2007, against the Federal Bureau of Investigation (FBI).

      The claim you presented seeks damages under the Federal Tort Claims Act (FTCA), Title 28, United States Code, Sections 2671-2680. A claimant, to recover damages under the FTCA, must show a negligent or a wrongful act or omission on the part of a federal employee acting within the scope of his or her employment. This office has reviewed the claim. There is insufficient evidence of negligent or wrongful acts attributable to any employee; therefore, the claim must be, and hereby is, denied.

      Please be advised that the law (Title 28, Code of Federal Regulations, Section 14.9(a)) requires me to inform you that if you are dissatisfied with this decision, you may file

suit against the United States in an appropriate United States District Court not later than six months from the date of this notification of denial.

Sincerely yours,

Marta Ivashkiv
Civil Litigation Unit

## TITLE 18 US CODE CHAPTER 13 Civil Rights SECTION 242

Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within the their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

### TITLE 18, U.S.C., SECTION 242

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.