UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FERNANDO FONTANEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6575 |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | Judge Darrah |
| FBI Agent JAMES CHATTO and Legal | ) | |
| Counsel Michael Pavia, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Fernando Fontanez
      P.O. Box 578941
      Chicago, Illinois  60657

   PLEASE TAKE NOTICE that on Wednesday, January 16, 2008 at 9:00 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Darrah in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**Defendant FBI's Motion to Reassign Case as a Re-filing of a Previously Dismissed Case**

in the above-captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Ernest Y. Ling
        ERNEST Y. LING
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5870
        ernest.ling@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:  **Notice of Motion and Defendant FBI's Motion to Reassign Case as a Re-filing of a Previously Dismissed Case**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on January 8, 2008, to the following non-ECF filers:

>Fernando Fontanez
>P.O. Box 578941
>Chicago, Illinois  60657

>s/ Ernest Y. Ling
>ERNEST Y. LING
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois 60604
>(312) 353-5870
>ernest.ling@usdoj.gov