UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OF ILLINOIS
EASTERN DIVISION

FERNANDO FONTANEZ

VS.

FEDERAL BUREAU OF INVESTIGATION,
AND
FBI AGENT JAMES CHATO
FBI LEGAL COUNSEL
MICHAEL PAVIA

No. 07 C 6575

THEE HONORABLE
JUDGE DARRAH
JN

FILED
JAN 11 2008
Jan 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion To Deny Defendant FBI's Motion To Reassign Case As A Re-Filing Of A Previously Dismissed Case

Now comes the Plaintiff stating that; This Plaintiff has no anomosity towards ANY judge and hereby further states:

1.) This Plaintiff never purported to be a Juris Doctor Novis and was NOT familiar with proper filing motion verbage and despite seemingly frivolous filing assertions, never intentionally set out to file vexiously.

2.) Under direction of FBI Chicago Legal Counsel Michael Pavia this Plaintiff did file a form 95 Federal Tort claim and was denied after waiting for six months.  SEE ENCLOSED

3.) Under Title 28 (Code of Federal Regulations Section 14.9(a)) the FBI office of the General Counsel directed me to file a lawsuit in this honorable district.  SEE ENCLOSED

4.) Jurisdiction IS appropriate and complaint was found to be sufficiently citing subject matter and cause of action and is NOT barred by the doctrine of Sovereign Immunity because Plaintiff DID exhaust Administrative FTCA Remedies.

5.) Despite the assertations that the doctrine of Res Judicata bars Plaintiff from pursuing this action, Plaintiff followed prescribed course as dictated by FBI Legal Counsel Michael Pavia and prescribed course by FBI General Counsel and the merits of this case is duly cited in Plaintiffs enclosed complaint pursuant to 28 USC 1331 and 1343(A)(B) and (4), as they arise under the Fourth Amendment and

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES AND 42 USC 1983.

6.) THE SERIOUSNESS OF THE ACTIONS AGAINST THIS PLAINTIFF IN VIOLATION OF THE CONSTITUTION AND CIVIL RIGHTS ACT WARRANT PURSUIT OF ACTION AS CLEARLY THE DEFENDANT "JAMES CHATO" EGGREGIOUSLY WITH MALICE PURSUED A PATH OF MALFEASANCE DESIGNED TO PERMANENTLY HARM ME BOTH PERSONALLY AND PROFESSIONALLY AND FALSELY ARRESTED ME FULLY KNOWING THAT THIS PLAINTIFF DID NOT PHONE A BOMB THREAT TO THE ICONIC SEARS TOWER.

7.) INFORMATION GLEANED RESEARCH INVESTIGATION SUPPORTS WIDELY KNOWN AND ACCEPTED PREVIOUS KNOWLEDGE THAT THIS DEFENDANT FBI AGENT JAMES CHATO SET OUT TO DEFAME MY CHARACTER WITH OTHERS TO PROTECT A RICO AND TO DISCOURAGE MY PURSUIT OF A FEDERAL CRIMINAL CASE WHICH DOES INCLUDE HIMSELF AND INVOLVES OBSTRUCTION OF JUSTICE.

8.) GRANTING OF THIS MOTION SERVES ALL THE PEOPLE OF THE UNITED STATES OF AMERICA'S INTERESTS IN THEIR PROTECTED RIGHT TO BE SAFE AND SECURE IN THEIR PERSONS FROM UNREASONABLE INTRUSIONS FROM ANY GOVERNMENT EMPLOYEE VIOLATING THEIR OATH OF OFFICE AND CHECKS AND BALANCES.

9.) DEFENDANT FBI AGENT JAMES CHATO'S HATE CRIME MOTIVATED BY HIS HATRED FOR MYSELF AND DISPARAGING FALSE AND INJURIOUS STATEMENTS THAT SET OUT TO DISCREDIT MY REPUTATION IN VIOLATION OF THE 9th AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND HIS CONSCIOUS VOLUNTARY ACTS IN RECKLESS DISREGARD OF HIS LEGAL DUTY CAUSING PLAINTIFF SEVERE MENTAL ANGUISH AND DISTRESS EMOTIONALLY IS CITABLE GROSS NEGLIGENCE DESIGNED TO ELOIGN/OBSTRUCT AND KNOWING PLAINTIFF WAS NOT WELL VERSED IN THE FILING OF MOTIONS USED HIS INFLUENCE AND CONNECTIONS TO "EMBRACE" PREVIOUS JUDGE.

10.) THIS PLAINTIFF IS NOT FORUM SHOPPING AND SIMPLY FOLLOWING PRESCRIBED AVENUES SUGGESTED BY GENERAL COUNSEL AND HEREBY

United States District Court, Northern District of Illinois
Eastern Division

Motions to DENY Defendant FBI Motion to Re-assign case as a Re-filing of a Previously Dismissed Case for the above stated reasons and the fact that this Honorable Judge has already found a Durable citing of Cause of Action.



Fernando Fontanez P.O. Box 578941 Chicago, Illinois 60657

04/26/2007  13:07    3128298923                        CDC                              PAGE  02/02

## DECLARATION OF MICHAEL F. PAVIA

I, Michael F. Pavia, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am employed as a Supervisory Special Agent with the Federal Bureau of Investigation, Chicago Field Office. I am currently assigned as the Chief Division Counsel for the Chicago Field Office.

2. In that capacity, I have reviewed the complaint filed in the case *Fernando Fontanez v. Special Agent James Chatto and Federal Bureau of Investigation*, No. 07-11847 (Cir. Ct. of Cook County, Illinois), and am competent to testify as to the facts as alleged therein.

3. In my capacity as FBI legal advisor, I have reviewed FBI records and find that there is no record that plaintiff Fernando Fontanez or any authorized legal representative has presented to the FBI an executed Standard Form 95 (Claim for Damage, Injury of Death) or other written notification or claim for money damages in a sum certain for Fernando Fontanez's alleged injuries, damages or loss as required by the Federal Tort Claims Act, 28 U.S.C. § 2675(a), and the regulations promulgated pursuant to that Act, 28 C.F.R. § 14.2.

I have read this declaration and declare under penalty of perjury that the information contained in the foregoing is true and correct.

Dated: April 26, 2007

MICHAEL F. PAVIA

## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Fernando Fontanez v. Special Agent James Chatto and Federal Bureau of Investigation*, No. 07-11847 (Circuit Court of Cook County, Illinois) and that on the basis of the information now available with respect to the incidents referred to therein, I certify that defendant James Chatto was acting within the scope of his employment as an employee of the United States at the time of the incidents out of which the claims arose.

Dated: April 30, 2007

_____
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
   for the Northern District of Illinois



U.S. Department of Justice

Federal Bureau of Investigation

Office of the General Counsel

Washington, D.C. 20535

November 14, 2007

REGISTERED MAIL - RETURN
RECEIPT REQUESTED

Fernando Fontanez
P.O. Box 578941
Chicago, Illinois 60657

  RE:  ADMINISTRATIVE CLAIM OF FERNANDO FONTANEZ

Dear Mr. Fontanez:

  This office received your administrative claim, dated May 15, 2007, against the Federal Bureau of Investigation (FBI).

  The claim you presented seeks damages under the Federal Tort Claims Act (FTCA), Title 28, United States Code, Sections 2671-2680. A claimant, to recover damages under the FTCA, must show a negligent or a wrongful act or omission on the part of a federal employee acting within the scope of his or her employment. This office has reviewed the claim. There is insufficient evidence of negligent or wrongful acts attributable to any employee; therefore, the claim must be, and hereby is, denied.

  Please be advised that the law (Title 28, Code of Federal Regulations, Section 14.9(a)) requires me to inform you that if you are dissatisfied with this decision, you may file

suit against the United States in an appropriate United States District Court not later than six months from the date of this notification of denial.

Sincerely yours,

Marta Ivashkiv
Civil Litigation Unit

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FERNANDO FONTANEZ
PLAINTIFF

v.

FEDERAL BUREAU OF INVESTIGATION
FBI AGENT JAMES CHATTO
LEGAL COUNSEL MICHAEL PAVIA

RECEIVED
NOV 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
NOVEMBER 27, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6575
JUDGE DARRAH
MAGISTRATE JUDGE COX

## COMPLAINT

### Jurisdiction and Venue

1. The Jurisdiction of the Court over Counts One and Two is invoked pursuant to 28 USC 1331 and 1343(a)(2) and (4), as they arise under the Fourth and Fourteenth Amendments to the Constitution of the United States and 42 USC 1983.

2. Venue is appropriate in the Northern District of Illinois pursuant to 28 USC 1391(B), as all of the events complained about occurred in Cook County, located in this District.

### The Parties

3. Plaintiff Fernando Fontanez is a Citizen of the United States living in Chicago, Illinois at the times relevant to this Complaint.

4. Defendant James Chatto is an FBI Agent who was, at all times relevant to this Complaint, employed by the Federal Bureau of Investigation at Chicago, Illinois.

### COUNT 1

5. On July 5th 2005, Plaintiff was arrested by FBI Agent James Chatto for allegedly calling a bomb threat to the Sears Tower and charged with Disorderly Conduct.

United States District Court
Northern District of Illinois

6. At the time of arrest, FBI Agent James Cuatto, told Plaintiff that he heard a recording of such call to the Sears Tower.

7. Plaintiff never called in a bomb threat to the Sears Tower on July 1, 2005 or at any other time.

8. There is no tape of Plaintiff threatening to blow up the Sears Tower.

9. Defendant knew there was no recording of Plaintiff calling in a threat to the Sears Tower and further knew that Plaintiff had not called a bomb threat to the Sears Tower on July 1, 2005.

10. Despite this knowledge and without probable cause, Defendant arrested Plaintiff.

11. Defendant knew that "The Sears Tower" records all incoming and outgoing calls and that Plaintiff never phoned a bomb threat.

12. Plaintiff's case was heard in the Circuit Court of Cook County and the charges against him were dismissed.

13. Under advisement of legal counsel Michael Pavia a claim was filed using U.S. Form 95 citing Title 28 USC Section 2671-2680 Federal Tort Claims Act and unjustifiably after six months denied.

14. Denial letter enclosed citing Civil Litigation Unit information citing legal remedies available to Plaintiff if dissatisfied with decision including civil action in United States District Court.

Wherefore, Plaintiff requests that the court enter judgement in favor of Plaintiff and against Defendant for compensatory and punitive damages, in an amount to be determined by a jury upon trial of this case, and award

United States District Court
Northern District of Illinois

Plaintiffs Attorney's Fees And Costs Because Of Defendants Actions Causing Plantiff To Suffer The Humiliation Of Being Arrested And Charged With A Crime He Did Not Commit.



Fernando Fontanez P.O. Box 57894 Chicago, Illinois 60657

## TITLE 18 U S CODE CHAPTER 13 Civil Rights
## SECTION 242

Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within the their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

### TITLE 18, U.S.C., SECTION 242

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

United States District Court, Northern District of Illinois
Eastern Division

I "Fernando Fontanez" hereby personally serve upon Defendant FBI Agent James Cuato and Federal Bureau of Investigation and Legal Counsel Michael Pavia via their Attorney Patrick J. Fitzgerald United States Attorney a copy of Plaintiffs Motion to Deny FBI Motion to Re-Assign case as a Re-filing of a Previously Dismissed case this day January 11th 2008.

*(signature)*

Fernando Fontanez
P.O. Box 578941
Chicago, Illinois 60657

ATTN: Thee Honorable Ernest Y. Ling
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604