## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6575 | **DATE** | February 8, 2008 |
| **CASE TITLE** | Fontanez vs. Chatto et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's complaint is hereby dismissed with prejudice. All pending motions are moot. Final judgment of dismissal with prejudice is entered.

■ [ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

### ORDER

On January 18, 2008, this case was reassigned to us from Judge Darrah as a refiling of a previously dismissed case, 07 C 2376. That case and complaint were dismissed on May 2, 2007, on grounds that they were barred by the doctrine of res judicata. The essential contentions of the newly filed complaint are the same as those that were previously dismissed and involve parties that were included in the previously filed actions. Accordingly, dismissal is appropriate for the new case and complaint as well.

Dated:   **February 8, 2008**

*[signature: Charles P. Kocoras]*

**CHARLES P. KOCORAS**
**U.S. District Court Judge**