MHN

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fernando Fontanez | 07C6575 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| FBI, et al. | S/C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

James ~~Guette~~ CUATIO

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2111 WEST HARRISON CHICAGO, ILLINOIS 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Fernando Fontanez
P.O. Box 578941
Chicago, IL 60657

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
3-3-2008
MAR X 3 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 12-03-07 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process **4 of 4** | District of Origin No. **24** | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | TD | Date 12-03-07 |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

NOT SERVED

Date of Service 2/26/08   Time 1500 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| one | service fee charged same case + location. See process sheet # 3 for charge) | | | | | |

REMARKS:
No Such Address

5 mile RT / 1 deputy / 1 hr

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
### Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

Fernando Fontanez

Vs.

CASE NUMBER: 07cv6575

JUDGE: Darrah

James Cuatto
FBI Agent, Federal Bureau of Investigation

TO:   James Cuatto

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name:
Firm:
Address:
City:
Telephone:

an answer to the complaint which is herewith served upon you, within [60] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: /s/ Vettina Franklin
Vettina Franklin, Deputy Clerk

Dated: November 28, 2007

RECEIVED
2007 DEC -7 PM 1:09
UNITED STATES
NORTHERN DISTRICT OF
ADMINISTRATIVE SECTION

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate appropriate method of service:

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
       Date                    Signature of Server

                               _____
                               Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6575 | DATE | November 27, 2007 |
| CASE TITLE | Fontanez v. FBI, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Petition to Proceed In Forma Pauperis is granted. Plaintiff's Motion for Appointment of Counsel is entered and continued to January 23, 2008, at 9:00 a.m. A status hearing is scheduled for January 23, 2008, at 9:00 a.m.

Docketing to mail notice.



| | Courtroom Deputy Initials: | mf |
|---|---|---|

Page 1 of 1

United States District Court For The Northern District of Illinois

Fernando Fontanez
Plaintiff



Federal Bureau of Investigation
FBI Agent James Chatto
Legal Counsel Michael Pavia

JH

RECEIVED
NOV 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Nov. 20, 2007

FILED
NOVEMBER 27, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6575
JUDGE DARRAH
MAGISTRATE JUDGE COX

## Complaint

### Jurisdiction and Venue

1. The jurisdiction of the court over Counts One and Two is involved pursuant to 28 USC 1331 and 1343(a)(3) and (4), as they arise under the Fourth and Fourteenth Amendments to the Constitution of the United States and 42 USC 1983.

2. Venue is appropriate in the Northern District of Illinois pursuant to 28 USC 1391(B), as all of the events complained about occurred in Cook County, located in this district.

### The Parties

3. Plaintiff Fernando Fontanez is a citizen of the United States living in Chicago, Illinois at the times relevant to this complaint.

4. Defendant James Chatto is an FBI Agent who was, at all times relevant to this complaint, employed by the Federal Bureau of Investigation at Chicago, Illinois.

### Count 1

5. On July 5th 2005, Plaintiff was arrested by FBI Agent James Chatto for allegedly calling a bomb threat to the Sears Tower and charged with disorderly conduct.

# United States District Court
## Northern District of Illinois

6. At the time of arrest, FBI Agent James Cuatto told Plaintiff that he heard a recording of such call to the Sears Tower.

7. Plaintiff never called in a bomb threat to the Sears Tower on July 1, 2005 or at any other time.

8. There is no tape of Plaintiff threatening to blow up the Sears Tower.

9. Defendant knew there was no recording of Plaintiff calling in a threat to the Sears Tower and further knew that Plaintiff had not called a bomb threat to the Sears Tower on July 1, 2005.

10. Despite this knowledge and without probable cause, Defendant arrested Plaintiff.

11. Defendant knew that "The Sears Tower" records all incoming and outgoing calls and that Plaintiff never phoned a bomb threat.

12. Plaintiff's case was heard in the Circuit Court of Cook County and the charges against him were dismissed.

13. Under advisement of legal counsel Michael Pavia a claim was filed using U.S. Form 95 citing Title 28 USC Section 2671-2680 Federal Tort Claims Act and unjustifiably after six months denied.

14. Denial letter enclosed citing Civil Litigation Unit information citing legal remedies available to Plaintiff if dissatisfied with decision including civil action in United States District Court.

Wherefore, Plaintiff requests that the Court enter judgement in favor of Plaintiff and against Defendant for compensatory and punitive damages, in an amount to be determined by a jury upon trial of this case, and award

United States District Court
Northern District of Illinois

Plaintiffs Attorney's Fees and Costs Because of Defendants Actions causing Plaintiff to Suffer the Humiliation of Being Arrested and Charged with a Crime he did Not Commit.



Fernando Fontanez P.O. Box 578441 Chicago, Illinois 60657



**U.S. Department of Justice**

Federal Bureau of Investigation

Office of the General Counsel                              Washington, D.C. 20535

November 14, 2007

<u>REGISTERED MAIL - RETURN</u>
<u>RECEIPT REQUESTED</u>

Fernando Fontanez
P.O. Box 578941
Chicago, Illinois 60657

    RE: ADMINISTRATIVE CLAIM OF FERNANDO FONTANEZ

Dear Mr. Fontanez:

    This office received your administrative claim, dated May 15, 2007, against the Federal Bureau of Investigation (FBI).

    The claim you presented seeks damages under the Federal Tort Claims Act (FTCA), Title 28, United States Code, Sections 2671-2680. A claimant, to recover damages under the FTCA, must show a negligent or a wrongful act or omission on the part of a federal employee acting within the scope of his or her employment. This office has reviewed the claim. There is insufficient evidence of negligent or wrongful acts attributable to any employee; therefore, the claim must be, and hereby is, denied.

    Please be advised that the law (Title 28, Code of Federal Regulations, Section 14.9(a)) requires me to inform you that if you are dissatisfied with this decision, you may file

suit against the United States in an appropriate United States District Court not later than six months from the date of this notification of denial.

Sincerely yours,

Marta Ivashkiv
Civil Litigation Unit

## TITLE 18 U S CODE CHAPTER 13 CIVIL RIGHTS
### SECTION 242

Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within the their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

### TITLE 18, U.S.C., SECTION 242

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.